UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIP BRANSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TRINITY COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | No.  2:19-cv-2452 KJM AC P<br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 13, 2023, defendants filed a motion to compel.  ECF No. 39.  The Local Rules require that either an opposition or a statement of non-opposition to a motion be filed within twenty-one days after the date of service of said motion.  See Local Rule 230(l).  To date, plaintiff has not filed a response to the motion.  It appears that plaintiff may have abandoned his case.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the date of this order plaintiff shall show cause in writing why this case should not be dismissed for failure to prosecute, and

////

1

2.  The filing within the twenty-one-day period of either an opposition or a statement of non-opposition to defendants' motion to dismiss, ECF No. 39, will discharge this order to show cause.

DATED: August 14, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE