UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIP BRANSON,

    Plaintiff,

v.

TRINITY COUNTY SHERIFF'S DEPARTMENT, et al.,

    Defendants.

No.  2:19-cv-2452 KJM AC P

ORDER

    Plaintiff filed a motion for extension of time to file an opposition to defendants Krouse and Novak's motion for summary judgment, on the ground that he requires time to either retain counsel or settle this case.  ECF No. 46.  The request for an extension of time will be granted.  However, plaintiff is cautioned that the court will not indefinitely extend the time to respond to the motion for summary judgment based on his search for counsel or attempts to settle this case.  No further extensions of time will be granted on these grounds unless plaintiff can demonstrate that he has located an attorney interested in taking on his case or that defendants have expressed their interest in conducting settlement discussions prior to adjudication of their summary judgment motion.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion for an extension of time (ECF No. 46) is GRANTED; and

2. Within thirty days from the service of this order plaintiff shall file a response to defendants Krouse and Novak's motion for summary judgment.

DATED: November 13, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE